UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARCUS WRIGHT

---
Write the full name of each plaintiff.

No. _____
(To be filled out by Clerk's Office)

-against-

Bronx Criminal Court,
Department of corrections/
warden / Bronx Legal Aid
Society / Bronx Ryer Ave precinct

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

**COMPLAINT**
(Prisoner)

Do you want a jury trial?
☐ Yes     ☐ No

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 5/6/16

## I. LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).

☑ Violation of my federal constitutional rights

☐ Other: _____

## II. PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

MARCUS          Cellone          WRIGHT
First Name      Middle Initial   Last Name

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

241240892, 12R2516, 001347588K
Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

Rose M Singer Center
Current Place of Detention

19-19 Hazen St
Institutional Address

Queens           NY           11370
County, City     State        Zip Code

## III. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☑ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☐ Convicted and sentenced prisoner
☐ Other: _____

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1:
First Name: Susan
Last Name: Laurie Gans
Shield #:
Current Job Title (or other identifying information): Legal Aid lawyer
Current Work Address:
County, City: Bronx
State: NY
Zip Code: 10459

Defendant 2:
First Name: Michael
Last Name: Fineman
Shield #:
Current Job Title (or other identifying information): ATB Attorney
Current Work Address:
County, City: New York
State: NY
Zip Code:

Defendant 3:
First Name:
Last Name:
Shield #:
Current Job Title (or other identifying information):
Current Work Address:
County, City:
State:
Zip Code:

Defendant 4:
First Name:
Last Name:
Shield #:
Current Job Title (or other identifying information):
Current Work Address:
County, City:
State:
Zip Code:

## V.  STATEMENT OF CLAIM

Place(s) of occurrence: River Ave precinct, RMSC, Bx Criminal Court

Date(s) of occurrence: 4/19/24 - 8/6/24

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

I was arrested unlawfully at a laundromat near my place of residence @ 170 st in the Bronx by River Ave precinct police officers for a false statement where it claimed I was stealing laundry on 4/19/24. My case in the Bx was dismissed 8/6/24 + my lawyer Susan laurie (Gains) never got me my property receipt from the River Ave precinct with the arresting officer(s) name or information with my properties location. Since being held at Rikers Island Doc social services/discharge planning or my current lawyer has not retrieved my Bx Bronx dismissal case docket # on alleged petit larceny which was dismissed. Nor was able to locate the case on webcrims nor has my current lawyer Michael Fineman helped me retrieve this information.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

## VI.   RELIEF

State briefly what money damages or other relief you want the court to order.

$100,000

Maximilian Bach [illegible]
14-14 Hazen St
E Elmhurst NY 11370

RECEIVED
SDNY PRO SE OFFICE
2024 OCT 17 AM 10: 32

USM P3
SDNY

FCM LETTER
ASTORIA, NY 11103
OCT 08, 2024

RDC 99

10007

$0.73
S2324M503689-03

Pro Se Office
500 Pearl Street
New York, NY 10007