UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARCUS WRIGHT,

                Plaintiff,

-against-

BRONX CRIMINAL COURT, ET AL.,

                Defendants.

24-CV-7923 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

      Plaintiff brings this action *pro se*. By order dated January 6, 2025, the Court dismissed the complaint, but granted Plaintiff 30 days' leave to replead her claims in an amended complaint. (ECF 9.) Plaintiff has since twice requested – and the Clerk of Court has twice mailed to her – copies of the court's amended complaint form. (ECF 10, 11.) On March 26, 2025, the Court received form Plaintiff a letter seeking an extension of time to file an amended complaint. (ECF 12.) The Court grants Plaintiff's request for an extension of time.

      Plaintiff must file an amended complaint within 30 days of the date of this order. If Plaintiff does not file an amended complaint within the time allowed, the Court will direct the Clerk of Court to enter judgment dismissing this action for the reasons stated in the January 6, 2025 order of dismissal.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an

appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:   March 27, 2025
         New York, New York

                                           /s/ Laura Taylor Swain
                                           LAURA TAYLOR SWAIN
                                           Chief United States District Judge