UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARCUS WRIGHT,

                Plaintiff,

      -against-

BRONX CRIMINAL COURT;
DEPARTMENT OF CORRECTIONS;
WARDEN; BRONX LEGAL AID SOCIETY;
BRONX RYER AVE PRECINCT; SUSAN
LAURIE GANS; MICHAEL FINEMAN,

                Defendants.

24 CIVIL 7923 (LTS)

CIVIL JUDGMENT

      For the reasons stated in the April 16, 2025, order, this action is dismissed.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  April 18, 2025
          New York, New York

                                    /s/ Laura Taylor Swain
                                   LAURA TAYLOR SWAIN
                              Chief United States District Judge