UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARCUS WRIGHT,

                      Plaintiff,

-against-

BRONX CRIMINAL COURT;
DEPARTMENT OF CORRECTIONS;
WARDEN; BRONX LEGAL AID SOCIETY;
BRONX RYER AVE PRECINCT; SUSAN
LAURIE GANS; MICHAEL FINEMAN,

                      Defendants.

24-CV-7923 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

      Plaintiff's motion for an extension of time to file a notice of appeal is denied as unnecessary. Rule 4(a)(1)(A) of the Federal Rules of Appellate Procedure requires a notice of appeal in a civil case to be filed within 30 days of entry of judgment. *See* Fed. R. App. P. 4(a)(1)(A). Judgment was entered on April 18, 2025 (ECF 16), and Plaintiff's notice of appeal was signed on May 1, 2025 (ECF 18), and presumably given to prison officials for mailing on the same date. Because the appeal is timely, the Court denies Plaintiff's motion for an extension of time to appeal. The Clerk of Court is directed to terminate this motion (ECF 17).

SO ORDERED.

Dated:   May 9, 2025
            New York, New York

                                              /s/ Laura Taylor Swain
                                                LAURA TAYLOR SWAIN
                                            Chief United States District Judge